# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

3 SIGMA CORPORATION,                             :

                                                                               Case No. 3:10-cv-085

                Plaintiff,

                                                         Magistrate Judge Michael R. Merz

  -vs-

 NUCOAT, INC., *et al.*,

                Defendants.        :

## DISMISSAL ORDER

On the Stipulation of Dismissal without prejudice filed by the parties and pursuant to Fed. R. Civ. P. 41, the above-captioned action is hereby dismissed without prejudice.  Each party shall bear its own costs and fees.

July 6, 2012.

                                                                       s/ *Michael R. Merz*
                                                         United States Magistrate Judge